JOSEPH CHAPPELL, Respondent, Appellant, v. WILLIAM ALBRO and Another, Respondents, Impleaded with LOUIS SIMON, Appellant.— Judgments affirmed, with costs upon each appeal. All concur.

In the Matter of the Claim of the EVANGELICAL LUTHERAN CHURCH OF THE ATONEMENT OF SYRACUSE, N. Y., Appellant, against FIRST TRUST AND DEPOSIT COMPANY, as Executor, etc., of WILLIAM H. HALL, Deceased, Respondent.— Decree affirmed, with costs. All concur. Motion to take additional testimony denied.

HOWARD P. CORNING, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.*— Judgment and order affirmed, with costs. All concur, except Sears, P. J., who dissents and votes for reversal on the law and facts and for granting a new trial on the ground that the finding of the jury that the giving of written notice within the time required by the policy had not been reasonably possible and that such notice was given as soon as it was reasonably possible to do so was contrary to and against the weight of the evidence.

MILDRED E. STOCKTON, Respondent, v. ELTON MURRELL, Defendant, and GEORGE L. GRAF, JR., Appellant.†— Judgment and order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the law and for dismissal of the complaint.

LOUIS F. STOCKTON, Respondent, v. ELTON MURRELL, Defendant, and GEORGE L. GRAF, JR., Appellant.†— Judgment and order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the law and for dismissal of the complaint.

TRAVELERS INSURANCE COMPANY, Plaintiff, v. WILLIAM J. McLANE and BARBARA McLANE, Defendants.— Submitted controversy determined in favor of the plaintiff and judgment ordered accordingly for $824.05, with interest and costs. Memorandum. Right to contribution between tort feasors against whom a joint judgment has been entered is not so personal to the joint judgment debtor who has paid as to deprive an insurance company who has made the payment on behalf of the judgment debtor from being subrogated to the right of his insured to obtain contribution from another joint judgment debtor. The statute█ being remedial we reject the narrow construction urged by the defendant limiting the right to recover contribution to the paying judgment debtor individually. All concur.

LOUIS ATTARDO, Appellant, v. ANDREW J. RUBE, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that when the admission of the defendant in the pleading is taken into consideration, the findings of the jury of freedom from negligence on the part of the defendant and negligence on the part of the plaintiff and of lack of damages are against the weight of the evidence. All concur.

FELICIA ATTARDO, Appellant, v. ANDREW J. RUBE, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that when the admission of the defendant in the pleading is taken into consideration, the findings of the jury of freedom from negligence on the part of the defendant and negligence on the part of the plaintiff and of lack of damages are against the weight of the evidence. All concur.

GENEVA ERB, Respondent, v. THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, a Corporation, Appellant.— Judgment affirmed, with costs. All concur.

---

*Affd., 264 N. Y. 588.    †Affd., 264 N. Y. 582.